IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00414-REB-MEH

WILLIAM DAVIS,

    Plaintiff,

v.

ARAPAHOE COUNTY and
ROBERT PATTERSON, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 8, 2006.**

    Based upon the Defendants' withdrawal of their partial objection in this regard, and the request being timely, the Plaintiff's Motion to File Amended Complaint [Filed June 22, 2006; Docket #15] is **granted**.

    The Amended Complaint and Jury Demand submitted by the Plaintiff on June 22, 2006 (Docket #16), is hereby accepted by the Court and deemed the operative pleading on behalf of the Plaintiff in this case. The parties are cautioned in the future that proposed amended documents should merely be tendered for consideration as an attachment to the propounding motion, and not actually filed into the record until approval from the Court is granted. *See* District of Colorado ECF Procedure V.F.2.