IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-000414-REB-MEH

WILLIAM DAVIS,

    Plaintiff,

v.

ARAPAHOE COUNTY and
ROBERT PATTERSON, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 12, 2006.**

    By agreement of the parties, and for good cause, the Motion for Protective Order [Filed September 11, 2006; Docket #30] is **granted.** The Stipulated Protective Order shall enter separately.