IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-000414-REB-MEH

WILLIAM DAVIS,

    Plaintiff,

v.

ARAPAHOE COUNTY and
ROBERT PATTERSON, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2006.**

For good cause shown, the Joint Motion to Modify Scheduling Order with Respect to Expert Designation Deadlines [Filed September 18, 2006; Docket #34] is hereby **GRANTED**. The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Expert Witness Disclosures: | November 20, 2006 |
| ! | Rebuttal Expert Witness Disclosures: | December 20, 2006 |