IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-000414-REB-MEH

WILLIAM DAVIS,

    Plaintiff,

v.

ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS, and
ROBERT PATTERSON, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2006.**

    For good cause shown, Plaintiff's Unopposed Motion to Modify Scheduling Order [Filed November 30, 2006; Docket #47] is hereby **granted**. The discovery cutoff in this matter is extended to and including January 31, 2007, for the purposes of completing depositions only.  Additionally, the dispositive motion deadline is extended to and including March 15, 2007.  The parties are cautioned that based upon the currently scheduled trial preparation conference and jury trial dates, further extensions in this regard will not be considered absent exceptional circumstances.

    Further, the Final Pretrial Conference currently set for March 6, 2007, at 9:30 a.m. is **vacated** and **rescheduled** to April 11, 2007, at 9:30 a.m. Due to a proposed, but as yet unscheduled, relocation of the Chambers for Magistrate Judge Hegarty, the parties are directed to contact Chambers at 303-844-4507 prior to the conference to find out the exact physical location of where this conference will be held.  The conference will be held either in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, or in new chambers space which will be in the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling and pretrial conferences by telephone, if the original signed copy of the appropriate order has been submitted.  If appearance by telephone is desired, please notify Chambers at 303-844-4507.

    The parties shall submit their proposed Final Pretrial Order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **by no later than April 4, 2007.** The proposed Final Pretrial Order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov.

  The parties shall prepare the proposed Final Pretrial Order in accordance with the form which can be found in the forms section of the court's website at www.co.uscourts.gov.

  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.