**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00414-REB-MEH

WILLIAM DAVIS,

    Plaintiff,

v.

ARAPAHOE COUNTY and
ROBERT PATTERSON, in his individual capacity,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The Joint Motion to Modify Trial Preparation Conference Order [#52], filed December 1, 2006, is GRANTED. The deadline for the filing of the Rule 702 motions shall be **February 4, 2007**.

Dated: December 1, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.