IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00414-REB-MEH

WILLIAM DAVIS,

     Plaintiff,

v.

ARAPAHOE COUNTY and
ROBERT PATTERSON, in his individual capacity,

     Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANT ROBERT PATTERSON ONLY

**Blackburn, J.**

The matter before me is the **Stipulation for <u>Partial</u> Dismissal With Prejudice** [#61], filed February 1, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Robert Patterson should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for <u>Partial</u> Dismissal With Prejudice** [#61], filed February 1, 2007, is **APPROVED**;

2. That plaintiff's claims against defendant Robert Patterson **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant Robert Patterson is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated February 1, 2007, at Denver, Colorado.

                                                           **BY THE COURT:**

                                                           **s/ Robert E. Blackburn**
                                                           **Robert E. Blackburn**
                                                           **United States District Judge**