IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00414-REB-MEH

WILLIAM DAVIS,

      Plaintiff,

v.

ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

      Defendants.

## ORDER OF DISMISSAL
## AS TO PLAINTIFF'S SECOND CLAIM FOR RELIEF

**Blackburn, J.**

The matter comes before the court on the **Plaintiff's Unopposed Motion To Dismiss Second Claim For Relief** [#78], filed May 7, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's second claim for relief for Wilful Age Discrimination in Employment Act (ADEA), as amended, 29 U.S.C. § 621, *et seq.*, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Unopposed Motion To Dismiss Second Claim For Relief** [#78], filed May 7, 2007, is **GRANTED**; and

2. That plaintiff's second claim for relief for Wilful Age Discrimination in Employment Act (ADEA), as amended, 29 U.S.C. § 621, *et seq.*, **IS DISMISSED**.

Dated May 7, 2007, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**